# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ATALANTA CORPORATION, a Delaware company,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON COLD STORAGE LLC, an Alaska limited liability company, and WASHINGTON COLD STORAGE, INC., and Alaska corporation<br><br>Defendants. | Case No. 3:22-cv-05355-JLR<br><br>Honorable James L. Robart<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF E. ASHLEY PAYNTER** |

This matter comes before the Court on the Motion to Withdraw Appearance of E. Ashley Paynter as Counsel of Record for Defendant, Washington Cold Storage. The Court, having reviewed the motion, now finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the appearance of E. Ashley Paynter on behalf of Defendant, Washington Cold Storage are withdrawn as of the date of this Order.

Dated: __May 22, 2023__          _____

Honorable James L. Robart